477 S.E.2d 715

Valencia Jay JERMAINE, Petitioner,

v.

STATE, Respondent.

No. 24511.

Supreme Court of South Carolina.

Submitted Oct. 17, 1996.

Decided Oct. 28, 1996.

Lesley M. Coggiola, Assistant Appellate Defender, of South Carolina Office of Appellate Defense, Columbia, for petitioner.

Charles Molony Condon, Attorney General, John W. McIntosh, Deputy Attorney General, Teresa N. Cosby, Assistant Deputy Attorney General, and G. Robert Deloach, III, Assistant Attorney General, Columbia, for respondent.

## ON WRIT OF CERTIORARI

PER CURIAM:

This Court granted a writ of certiorari to review the denial of petitioner's application for post-conviction relief. The writ of certiorari is hereby dismissed as improvidently granted.